UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

APR 3 0 2003

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

FRED HOWARD, JR.                                        CV: 01-2303

VERSUS                                                       JUDGE WALTER

THE CITY OF SHREVEPORT, et al                    MAGISTRATE JUDGE PAYNE

MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff FRED HOWARD,

JR. who respectfully seeks a Writ of Habeas Corpus ad Testificandum for the following reasons:

1.

The trial of this matter is currently scheduled to commence on May 12, 2003.

2.

Fred Howard is the plaintiff in this matter, and is will testify at trial.

3.

Fred Howard is currently incarcerated at Louisiana State Penitentiary in Angola,

Louisiana.

4.

This motion is unopposed.

1



WHEREFORE, FRED HOWARD, JR. PRAYS that this HONORABLE COURT sign an

Order directing the appearance of Fred Howard at the trial of this matter on May 12, 2003 and

further directing Fred Howard's availability until released by the Court.

Respectfully submitted,

HERSY JONES, JR., ESQ.
Bar Roll No. 23664
333 Texas Street, Suite 520
Shreveport, Louisiana 71101
Telephone:     (318) 425-7265
Facsimile:     (318) 425-4199

ATTORNEY FOR FRED HOWARD, JR.

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing MOTION  on all

counsel of record  by placing a copy in the United States mail, properly addressed and with

adequate postage affixed thereon on this the 30th day of April, 2003 to:

Edwin H. Byrd, III
Attorney at Law
509 Market Street, Suite 200
Shreveport, LA 71101

OF COUNSEL

3

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

APR 3 0 2003

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

FRED HOWARD, JR.                                CV: 01-2303

VERSUS                                          JUDGE WALTER

THE CITY OF SHREVEPORT, et al                   MAGISTRATE JUDGE PAYNE

MEMORANDUM IN SUPPORT OF MOTION FOR
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**MAY IT PLEASE THE COURT:**

**NOW INTO COURT**, through undersigned counsel, comes, Plaintiff FRED HOWARD,

JR., files this memorandum in support of his Motion for Writ of Habeas Corpus Ad

Testificandum for Fred Howard.

Fred Howard is the plaintiff in this matter, and his testimony is vital to the prosecution of

his case. Even though there exists a video tape of part of the chase and shooting by Defendant D.

J. Gaut, the actual shooting of Mr. Fred Howard is not on the video tape. Plaintiff submits that

the issuance of a writ of habeas corpus ad testificandum is necessary to ensure that Plaintiff is in

appearance in Shreveport to assist in the prosecution of his case and to testify at the trial of this

matter.

Accordingly, plaintiff request issuance of a writ of habeas corpus ad testificandum directed to the Louisiana State Penitentiary in Angola, Louisiana requiring transportation of Mr. Howard to Shreveport on May 11, 2003 until May 16, 2003 so he can assist in the prosecution of his case and to testify at the trial of this matter.

Respectfully submitted,
**LAW OFFICE OF HERSY JONES, JR.**

By: _____
      HERSY JONES, JR., ESQ., # 23664
      333 Texas Street, Suite 520
      Shreveport, LA  71101
      (318) 425-7265 Telephone
      (318) 425-4199 Facsimile

**ATTORNEY FOR FRED HOWARD, JR.**

RECEIVED

APR 3 0 2003

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

FRED HOWARD, JR.                                          CV: 01-2303

VERSUS                                                        JUDGE WALTER

THE CITY OF SHREVEPORT, et al                      MAGISTRATE JUDGE PAYNE

## ORDER

BASED ON THE FOREGOING:

The foregoing Writ of Habeas Corpus as Testificandum having been considered and good

cause having been shown for the relief requested therein,

IT IS HEREBY ORDERED that the Louisiana State Penitentiary in Angola, Louisiana

transport Fred Howard on May 11, 2003 to testify at the U.S. District Courthouse, Courtroom 1,

300 Fannin Street, Shreveport, Louisiana, beginning on May 12, 2003 and through May 16,

2003.

Signed this __ day of April, 2003.  Shreveport, Louisiana.

_____
HONORABLE DONALD E. WALTER
UNITED STATES DISTRICT JUDGE