U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

MAY 20 2004

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **FRED HOWARD, JR.** | **NUMBER: CV-01-2303** |
| **VERSUS** | **JUDGE S. MAURICE HICKS** |
| **THE CITY OF SHREVEPORT, ET AL** | **MAGISTRATE JUDGE PAYNE** |

## VERDICT FORM

**THE JURY MUST ANSWER THE FOLLOWING QUESTIONS UNANIMOUSLY:**

1. DO YOU FIND THAT FRED HOWARD HAS PROVEN BY A PREPONDERANCE OF EVIDENCE THAT EXCESSIVE FORCE WAS USED BY LT. GAUT AGAINST FRED HOWARD?

    YES _____ NO __✓__

    **IF YOU ANSWERED "YES", PLEASE CONTINUE TO QUESTION #2. IF YOU ANSWERED "NO", PLEASE SKIP TO QUESTION #6.**

2. DO YOU FIND THAT LT. GAUT IS ENTITLED TO QUALIFIED IMMUNITY AS TO THE EXCESSIVE FORCE CLAIM?

    YES _____ NO _____

    **IF YOU ANSWERED "YES", PLEASE SKIP TO QUESTION #6. IF YOU ANSWERED "NO", PLEASE CONTINUE TO QUESTION #3.**

3. PLEASE STATE THE COMPENSATORY DAMAGES, IN A DOLLAR AMOUNT, FOR EXCESSIVE FORCE FOR THAT FRED HOWARD HAS PROVEN.

    $_____

    **PLEASE CONTINUE TO THE NEXT QUESTION.**



4. DO YOU FIND THAT LT. GAUT COMMITTED EXCESSIVE FORCE WITH MALICE AND WITH RECKLESS DISREGARD FOR THE CONSTITUTIONAL RIGHTS OF FRED HOWARD?

YES _____ NO _____

**IF YOU ANSWERED "YES", PLEASE CONTINUE TO QUESTION #5. IF YOU ANSWERED "NO", PLEASE SKIP TO QUESTION #6.**

5. PLEASE STATE THE PUNITIVE DAMAGES, IN A DOLLAR AMOUNT, FOR MALICIOUS AND RECKLESS DISREGARD THAT FRED HOWARD HAS PROVEN.

$_____

**PLEASE CONTINUE TO THE NEXT QUESTION.**

6. DO YOU FIND THAT FRED HOWARD HAS PROVEN BY A PREPONDERANCE OF THE EVIDENCE THAT LT. GAUT COMMITTED AN AGGRAVATED BATTERY ON FRED HOWARD?

YES _____ NO ✓

**IF YOU ANSWERED "YES", PLEASE CONTINUE TO QUESTION #7. IF YOU ANSWERED "NO", PLEASE SKIP TO END OF THE FORM AND HAVE THE FOREPERSON SIGN AND DATE THIS VERDICT.**

7. DO YOU FIND THAT THE BATTERY COMMITTED ON FRED HOWARD WAS JUSTIFIED?

YES _____ NO _____

**IF YOU ANSWERED "YES", PLEASE SKIP TO END OF THE FORM AND HAVE THE FOREPERSON SIGN AND DATE THIS VERDICT. IF YOU ANSWERED "NO", PLEASE CONTINUE TO QUESTION #8.**

8. DO YOU FIND THAT THE BATTERY COMMITTED ON FRED HOWARD WAS INTENTIONAL?

YES \_\_\_\_\_   NO \_\_\_\_\_

**IF YOU ANSWERED "YES", PLEASE SKIP TO QUESTION #10. IF YOU ANSWERED "NO", PLEASE CONTINUE TO QUESTION #9.**

9. PLEASE STATE THE AMOUNT OF FAULT YOU FIND ATTRIBUTABLE TO FRED HOWARD AND TO LT. GAUT. YOUR ANSWER TO THIS QUESTION MUST BE EXPRESSED IN A PERCENTAGE WITH THE TOTAL PERCENTAGE EQUALING ONE HUNDRED PERCENT.

FRED HOWARD   _____

LT. GAUT   _____

**PLEASE CONTINUE TO THE NEXT QUESTION.**

9. PLEASE STATE THE COMPENSATORY DAMAGES, IN A DOLLAR AMOUNT, FOR BATTERY THAT FRED HOWARD HAS PROVEN.

$_____.

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM. PLEASE NOTIFY THE MARSHAL AFTER THE VERDICT FORM HAS BEEN COMPLETED.**

5/20/04
/DATE

*[signature]*
JURY FOREPERSON