RECEIVED (noa.)
AUG 4 2023 Appeals
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY ____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

01-CV-2303

Fred Howard Jr.

v.

City of Shreveport et al.

CIVIL ACTION NO. 01-2303

Dty. Clerk _____

## NOTICE OF APPEAL

Notice is hereby given that petitioner Fred Howard Jr. appeals to the United States Court of Appeals for the Fifth Circuit, from the judgment entered in this action on July 31, 2023, dismissing petitioners motion brought pursuant to F.R.C.P. 60(b)(4).

x _Fred Howard_
Fred Howard Jr. #117952
D.W.C.C. 670 Bell Hill Rd.
Homer LA. 71040

Anna Rawson
en officio 159232